FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUBY T.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No.  4:21-cv-5074-EFS <br><br> **ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

On March 14, 2022, the parties filed a Stipulated Motion for Remand. ECF No. 17.  The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings as set forth below.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED.**

2. Judgment shall be entered for **Plaintiff**.

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." See LCivR 5.2(c).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

3. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner is to instruct the ALJ to:

- reconsider the period Plaintiff was found not disabled, specifically from the alleged onset date of October 1, 2014, through November 30, 2017.
- reevaluate Plaintiff's residual functional capacity and in so doing reevaluate and explain the weight given to the opinion evidence of record, including the opinions of Kevin Taylor, M.D., Lynne Jahnke, M.D., and Maria Castillo, ARNP.
- reassess Plaintiff's subjective symptoms.
- obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy.
- offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

4. All pending motions are **DENIED AS MOOT.**

////
///
//
/

5. All hearings and other deadlines are **STRICKEN.**

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  15th   day of March 2022.

                     s/Edward F. Shea                 
EDWARD F. SHEA
Senior United States District Judge